# YurowitzLaw PLLC

STEVEN Y. YUROWITZ
~
WILLIAM J. DOBIE
NAFTALI T. RABINOVICH

August 4, 2025

**By ECF**
Honorable Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10601

            Re:  *United States v. Moses Rabinowitz et. ano.*
                 23 cr 670 (CS)

Dear Judge Seibel:

      This firm represents Moses Rabinowitz in the above-referenced matter. Mr. Rabinowitz's sentencing is currently scheduled for September 3, 2025. That day is the first day of school for several of the Rabinowitz children and the Rabinowitzes would like to be available for their children on that day both to see them off and be there upon their return. Accordingly, I am writing to request that the sentencing be moved up to the prior week. I have spoken with Mr. Clark, and he indicated that the Court has availability on Monday, August 25, 2025. I have also communicated with AUSA Coffman, counsel for the government in this matter, and the government is available that day as well and consents to this application. Accordingly, we respectfully request that Mr. Rabinowitz's sentencing be moved up to August 25, 2025. If granted, the parties would adjust the submission dates for their respective sentencing memos consistent with the timing previously set by the Court.

                                                      Respectfully submitted,

                                                      Steven Y. Yurowitz

cc:  AUSAs Jeffrey Coffman and Justin Brooke (by ECF)
       Messrs. Benjamin Brafman, Esq. and Jacob Kaplan, Esq. (by ECF)